UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORMA I. MAYSONET ROBLES, et al.
    Plaintiffs

v.

ANTONIO J. CABRERO,
    Defendant

CIVIL NO. 97-1036 (GG)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 15, 2001<br>**Docket:** #67<br>[ ] **Plffs**  [x] **Defts**  [ ] **Joint**<br>**Title:** Motion Withdrawing Legal Representation | **GRANTED AS REQUESTED.** |

**Date:** June 29, 2001

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:  EOD:

By:  #68