IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORMA I. MAYSONET ROBLE, ET ALS       *
                                      *
        Plaintiffs                    *
                                      *
        v.                            *    CIVIL NO. 97-1036 (GG)
                                      *
ANTONIO J. CABRERO, as Trustee for    *
Urban Renewal and Housing Corp. PR    *
                                      *
        Defendants                    *
* * * * * * * * * * * * * * * * * **

**JUDGMENT**

Pursuant to the Opinion and Order of even date, granting the

defendant's Amended Third Motion to Dismiss, this action is **DISMISSED**

**WITHOUT PREJUDICE** of being filed in state court.  Judgment is hereby

entered accordingly.

**SO ADJUDGED.**

In San Juan, Puerto Rico this 26th day of October, 2001.

GILBERTO GIERBOLINI
Senior U.S. District Judge

3

